# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JASON FLAKES,

    Plaintiff,                                        Case No. 24-10475
                                                          Hon. Jonathan J.C. Grey

v.                                                 Mag. Judge Anthony P. Patti

REED et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## (ECF No. 67)

On February 7, 2024, Plaintiff Jason Flakes filed this pro se civil action against the defendants alleging violations of his Eighth and Fourteenth Amendment rights under 42 U.S.C. § 1983. (ECF No. 1.) On February 26, 2024, Flakes' case was transferred to this Court from the United States District Court for the Western District of Michigan. (*Id.*) On March 27, 2024, all pretrial matters in this case were referred to United States Magistrate Judge Anthony P. Patti. (ECF No. 10.) On March 11, 2025, Flakes filed a motion for a preliminary injunction and emergency treatment. (ECF No. 56.)

This matter comes before the Court on Judge Patti's Report and

Recommendation dated April 29, 2025. (ECF No. 67.) In the Report and Recommendation, Judge Patti recommends that the Court deny Flakes' motion because the only remaining defendants in this case are not located at the prison Flakes seeks to be removed from and, therefore, cannot perform the relief he is seeking. (*Id.*) No party has filed an objection to the Report and Recommendation.

The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusions for the proper reasons. Finding no error in the Magistrate Judge's Report and Recommendation, the Court adopts the Report and Recommendation in its entirety. Furthermore, as neither party has raised an objection to the Report and Recommendation, the Court finds that the parties have waived any further objections to the Report and Recommendation. *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987) (a party's failure to file any objections waives his or her right to further appeal); *Thomas v. Arn,* 474 U.S. 140, 149 (1985).

For the reasons stated above, **IT IS ORDERED** that the Report and Recommendation dated April 29, 2025 (ECF No. 67) is **ADOPTED** as this Court's findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that Flakes' motion for a preliminary injunction and emergency treatment (ECF No. 56) is **DENIED**.

**SO ORDERED.**

Date: July 14, 2025

<u>s/Jonathan J.C. Grey</u>
Jonathan J.C. Grey
United States District Judge

## **Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 14, 2025.

                                                      <u>s/ **S. Osorio**</u>
                                                      Sandra Osorio
                                                      Case Manager