## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

JASON FLAKES,

      Plaintiff,

v.

LISA REED, et al.,

      Defendants.

_____/

Case No. 24-10475
Hon. Jonathan J.C. Grey
Magistrate Judge Anthony P. Patti

## ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 92) AND DISMISSING ACTION

Pro se Plaintiff Jason Flakes commenced this action against eleven defendants on February 7, 2024 when he was located at the Michigan Department of Correction's ("MDOC") St. Louis Correctional Facility ("SLF"). (ECF No. 1.) The case was transferred to this Court on February 26, 2024. (*Id.*) On December 17, 2025, Defendant Darrel Barrows moved for summary judgment on the basis of exhaustion. (ECF No. 85.) The Court required Flakes to respond by January 16, 2026 (ECF No. 87) and ordered Flakes to show cause why his claims against Barrows should not be dismissed under Fed. R. Civ. P. 41(b) and E.D. Mich. LR 41.2. (ECF No. 89.) To date, Flakes has not responded to either order.

This matter now comes before the Court on Magistrate Judge Anthony P. Patti's Report and Recommendation dated March 3, 2026. (ECF No. 92.) In the Report and Recommendation, Magistrate Judge Patti recommends that the Court: (1) dismiss Flakes' claims against Barrows with prejudice for failure to comply with the Court's orders (ECF Nos. 87, 89) and/or pursuant to Fed. R. Civ. P. 41(b) and E.D. Mich. LR 41.2 for failure to prosecute; (2) deny as moot Barrows' motion for summary judgment on the basis of exhaustion (ECF No. 85); and (3) deny as moot Barrows' renewed motion to enforce court order and motion to dismiss for failure to prosecute (ECF No. 91). No party has filed an objection to the Report and Recommendation.

The Court has had an opportunity to review this matter and finds that Magistrate Judge Patti reached the correct conclusions for the proper reasons. Finding no error in Magistrate Judge Patti's Report and Recommendation, the Court adopts the Report and Recommendation in its entirety. Furthermore, as neither party has raised an objection to the Report and Recommendation, the Court finds that the parties have waived any further objections to the Report and Recommendation. *Smith v. Detroit Fed'n of Tchrs. Loc. 231*, 829 F.2d 1370, 1373 (6th Cir. 1987) (a

party's failure to file any objections waives his or her right to further appeal); *Thomas v. Arn,* 474 U.S. 140, 149 (1985).

For the reasons stated above, **IT IS ORDERED** that the Report and Recommendation dated March 3, 2026 (ECF No. 92) is **ADOPTED** as this Court's findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that Flakes' claims against Barrows are **DISMISSED WITH PREJUDICE** for failure to comply with the Court's orders (ECF Nos. 87, 89) and pursuant to Fed. R. Civ. P. 41(b) and E.D. Mich. LR 41.2 for failure to prosecute.

**IT IS FURTHER ORDERED** that Barrows' motion for summary judgment (ECF No. 85) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Barrows' renewed motion to enforce court order and motion to dismiss for failure to prosecute (ECF No. 91) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Flakes' cause of action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

Dated: March 30, 2026                    **s/Jonathan J.C. Grey**
                                         Jonathan J.C. Grey
                                         United States District Judge

3

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 30, 2026.

**s/ S. Osorio**
Sandra Osorio
Case Manager